**United States District Court**
For the Northern District of California

1

2          **\*E-FILED:  July 26, 2013\***

3

4

5

6

7                    NOT FOR CITATION

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11   EMAD SAIDAWI,                          No. C13-03208 HRL

12                                          **ORDER THAT CASE BE REASSIGNED**
                 Plaintiff,                 **TO A DISTRICT JUDGE**
13      v.

14   SAN JOSE POST OFFICE,

15                 Defendant.

16   _____/

17          On July 12, 2013, defendant moved to dismiss the complaint.  Pursuant to Civil Local

18   Rule 73-1, all parties were required to file, no later than July 22, 2013, either (1) a Consent to

19   Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a

20   Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite

21   reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT

22   the Clerk of the Court shall reassign this case to a District Judge.  See 28 U.S.C. § 636; Civ.

23   L.R. 73-1.

24   Dated: July 26, 2013

25                                          _____
                                            HOWARD R. LLOYD
26                                          UNITED STATES MAGISTRATE JUDGE

27

28

1    5:13-cv-03208-HRL Notice has been electronically mailed to:

2    Claire T. Cormier      claire.cormier@usdoj.gov

3

4    5:13-cv-03208-HRL Notice sent by U.S. Mail to:

5    Emad Asaidawi
     4364 Indigo Drive
6    San Jose, CA 95136

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2