*E-FILED: July 26, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMAD SAIDAWI,<br><br>          Plaintiff,<br>   v.<br><br>SAN JOSE POST OFFICE,<br><br>          Defendant.<br>_____/ | No. C13-03208 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On July 12, 2013, defendant moved to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than July 22, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated: July 26, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

*United States District Court*
*For the Northern District of California*

5:13-cv-03208-HRL Notice has been electronically mailed to:

Claire T. Cormier     claire.cormier@usdoj.gov

5:13-cv-03208-HRL Notice sent by U.S. Mail to:

Emad Asaidawi
4364 Indigo Drive
San Jose, CA 95136

2