MELINDA HAAG (CSBN 132612)
United States Attorney

ALEX G. TSE (CSBN 152348)
Chief, Civil Division

CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
San Jose Post Office

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMAD SAIDAWI, <br><br> Plaintiff, <br><br> v. <br><br> SAN JOSE POST OFFICE, <br><br> Defendant. | CASE NO. CV 13-3208 YGR <br><br> STIPULATION OF DISMISSAL; and ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action, through plaintiff and the designated counsel of record for defendant, that the above-captioned action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to bear their own fees and costs.

Respectfully submitted,

Dated: August 7, 2013

/s/ EMAD SAIDAWI
EMAD SAIDAWI
Plaintiff, in pro per

STIPULATION OF DISMISSAL
CV 13-03208 YGR    1

```
                                    MELINDA HAAG
                                    United States Attorney

Dated: August 5, 2013               /s/ Claire Cormier
                                    CLAIRE T. CORMIER
                                    Assistant United States Attorney
                                    Attorneys for Defendant
                                    San Jose Post Office
```

ORDER

Pursuant to Stipulation, this action is hereby DISMISED WITHOUT PREJUDICE. All pending motions and dates are terminated at moot.

IT IS SO ORDERED.

DATED: August 12, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE